# Third District Court of Appeal

## State of Florida

Opinion filed January 20, 2021.

_____

No. 3D19-762
Lower Tribunal No. 15-23633
_____

**Timothy Lawrence,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Milton Hirsch, Judge.

Carlos J. Martinez, Public Defender, and Stephen J. Weinbaum, Assistant Public Defender, for appellant.

Ashley Moody, Attorney General, and Ivy R. Ginsberg, Assistant Attorney General, for appellee.

Before LOGUE, LINDSEY, and LOBREE, JJ.

PER CURIAM.

*ON CONFESSION OF ERROR*

Timothy Lawrence appeals an order revoking his probation. The revocation order neither indicates that Mr. Lawrence admitted to committing the violations nor that it is based on evidence adduced at a revocation hearing. See McCloud v. State, 653 So. 2d 453, 454–56 (Fla. 3d DCA 1995) (holding that trial court is required to provide written statement of reasons for revocation, and evidence relied upon in making that finding).

The State concedes there is nothing in the record to show either that a revocation hearing took place or that Mr. Lawrence admitted to the probation violations. Based on our review of the record, and the State's proper confession of error, we vacate the revocation order and remand to the trial court for further proceedings.

Reversed and remanded.